O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY THEUS-WILLIAMS, | Case No. ED CV 14-2304 PSG (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. LIZARRAGA, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: 2/18/15

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE